### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Erma

Printed: 8/19/08

Case Number: 08 B 09115

Judge: Goldgar, A. Benjamin

Filed: 4/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 8, 2008

Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 600.00 | 0.00 |
| 3. | Long Beach Mortgage Co | Secured | 13,000.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 41,801.17 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 50.36 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 113.69 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 139.68 | 0.00 |
| 8. | Visa | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | SBC | Unsecured | | No Claim Filed |
| | | | $ 55,704.90 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Robinson, Erma

Printed:  8/19/08

Case Number:  08 B 09115

Judge:  Goldgar, A. Benjamin

Filed:  4/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

